IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| MARK TODD BRKLACICH, | ) | |
| | ) | |
| Plaintiff, | ) | REPORT & RECOMMENDATION |
| | ) | |
| vs. | ) | Civil Action No. 2:13-cv-00207 |
| | ) | |
| CAROLYN W. COLVIN, in her | ) | District Court Judge David Nuffer |
| capacity as Commissioner of the Social | ) | |
| Security Administration, | ) | Magistrate Judge Dustin B. Pead |
| Defendant. | | |

On August 8, 2014, this court issued an "Order To Show Cause" requesting that Plaintiff Mark Todd Brklacich properly serve the Defendant within fifteen days of its Order (doc. 7). In response, Mr. Brklacich lodged several documents entitled "Proof of Service" (doc. 8). The documents, however, were insufficient to establish service since they failed to contain a copy of the summons. *See* Fed. R. Civ. P. 4(a)(b). Thereafter, on August 22, 2014, Mr. Brklacich filed a "Motion To Dismiss" his complaint for "Lack of Insufficient Service." (doc. 9). Upon consideration and at Mr. Brklacich's request, the Court hereby RECOMMENDS to the District Court that Plaintiff's complaint be dismissed.

Copies of the foregoing report and recommendation shall be mailed to all parties who are hereby notified of their right to object. Any objection must be filed within fourteen (14) days after being served with a copy. *See* Fed. R. Civ. P. 72(b)(2). Failure to object may constitute a

waiver of objections upon subsequent review.

The Clerk's Office is hereby directed to mail a copy of this Report and Recommendation to Mr. Brklacich at:

    Mark Todd Brklacich
    PO Box 2513
    Salt Lake City, Utah 84110-2513

Dated this date of August 26, 2014.

_____
Dustin B. Pead
U.S. Magistrate Judge