IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARK TODD BRKLACICH,<br><br>               Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>               Defendant. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT & RECOMMENDATION**<br><br>Case No. 2:13-cv-00207-DN-DBP<br><br>District Judge David Nuffer<br><br>Magistrate Judge Dustin B. Pead |

On August 22, 2014, Mark Todd Brklacich ("Brklacich") filed a motion[1] to dismiss his complaint for lack of insufficient service. Magistrate Judge Dustin B. Pead, upon consideration and at Brklacich's request, recommended that Plaintiff's complaint be dismissed. No objections were filed to Magistrate Judge Pead's Report and Recommendation.[2] After review of all relevant materials de novo the Report and Recommendation is ADOPTED in its entirety, and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

Signed September 11, 2014.

BY THE COURT:

_____
David Nuffer
United States District Judge

---

[1] Docket no. 9, filed August 22, 2014.

[2] Docket no. 10, filed August 26, 2014.